# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fenner, Gary A. | US Court Western District of Missouri | 05/27/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination   Date<br>☐ Initial   ✓ Annual   ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | 5b.   [X]   Amended Report | |

**7. Chambers or Office Address**

Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✓   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2020 | State of MO retirement benefits.  I have no control in regard to this agreement. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2020 | State of MO retirement | $81.450.72 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | State of MO retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fenner, Gary A.** | 05/27/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Herzog Contracting Corp. | Transportation to Cabo San Lucas MX | $1,000.00 |
| 2. | Michael Ketchmark | Lodging Cabo San Lucas MX | $1,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Alphabet Inc Cl C | | None | K | T | | | | | |
| 2. Amazon.com Inc | | None | N | T | Sold<br>(part) | 03/23/20 | K | E | |
| 3. Amazon.com Inc | | None | | | Sold<br>(part) | 04/13/20 | J | D | |
| 4. Amazon.com Inc | | None | | | Sold<br>(part) | 05/15/20 | J | D | |
| 5. American Funds New Economy A | C | Dividend | M | T | | | | | |
| 6. Amgen Inc | A | Dividend | K | T | Sold<br>(part) | 01/27/20 | J | B | |
| 7. Amgen Inc | | None | | | Sold<br>(part) | 04/13/20 | J | A | |
| 8. Applied Materials Inc 3.900% Due 10-01-25 | B | Int./Div. | L | T | | | | | |
| 9. Archer Daniels Midland Co | A | Dividend | K | T | | | | | |
| 10. AT&T Inc | B | Dividend | K | T | Buy<br>(add'l) | 12/11/20 | J | | |
| 11. Bank Hawaii Corp | A | Dividend | J | T | | | | | |
| 12. Bank New York Mellon Corp | A | Dividend | K | T | Buy<br>(add'l) | 01/27/20 | J | | |
| 13. Bank New York Mellon Corp | | None | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 14. Bank of America Corp 3.500% Due 04-19-26 | A | Int./Div. | L | T | Buy | 08/18/20 | L | | |
| 15. Berkshire Hathaway Inc Del Cl B New | | None | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 16. Berkshire Hathaway Inc Del Cl B New | | None | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 17. Boeing Co Com | | None | | | Sold<br>(part) | 01/24/20 | J | C | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Boeing Co Com | | None | | | Sold | 01/27/20 | J | C | |
| 19.   Broadcom LTD | A | Dividend | K | T | | | | | |
| 20.   Capital One Finl Corp | A | Dividend | J | T | Sold (part) | 01/24/20 | J | A | |
| 21.   Carrier Global Corp | | None | | | Spinoff (from line 110) | 04/03/20 | J | | |
| 22.   Carrier Global Corp | | None | | | Sold | 05/15/20 | J | | |
| 23.   Centerpoint Energy Inc Com | A | Dividend | | | Buy (add'l) | 01/24/20 | J | | |
| 24.   Centerpoint Energy Inc Com | | None | | | Buy (add'l) | 01/27/20 | J | | |
| 25.   Centerpoint Energy Inc Com | | None | | | Sold (part) | 03/20/20 | J | | |
| 26.   Centerpoint Energy Inc Com | | None | | | Sold | 03/23/20 | J | | |
| 27.   Centerpoint Energy Inc Conv Pfd 7% | A | Dividend | J | T | | | | | |
| 28.   Chevron Corp | B | Dividend | K | T | Buy (add'l) | 03/20/20 | J | | |
| 29.   Chevron Corp | | None | | | Buy (add'l) | 03/23/20 | J | | |
| 30.   Cisco Sys Inc | A | Dividend | K | T | | | | | |
| 31.   Columbia MO Wtr & Elec Rev Ref & Impt Sys 3.000% Due 10-01-24 | A | Int./Div. | K | T | | | | | |
| 32.   ConocoPhillips | A | Dividend | | | Sold | 03/20/20 | J | | |
| 33.   Corteva Inc | A | Dividend | J | T | | | | | |
| 34.   Crossingbridge Low Dur Hi Yld Instl | C | Dividend | L | T | Sold (part) | 11/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Curaleaf Holdings Inc | | None | K | T | Buy | 12/02/20 | K | | |
| 36. CVS Caremark Corp Com | B | Dividend | K | T | Sold<br>(part) | 01/27/20 | J | A | |
| 37. CVS Caremark Corp Com | | None | | | Buy | 12/11/20 | J | | |
| 38. Darden Restaurants Inc Com | A | Dividend | K | T | Buy | 04/13/20 | J | | |
| 39. Diageo PLC ADR | A | Dividend | K | T | | | | | |
| 40. Dow Inc | A | Dividend | J | T | Buy<br>(add'l) | 03/23/20 | J | | |
| 41. DuPont de Nemours Inc | A | Dividend | | | Sold | 03/20/20 | J | | |
| 42. Eaton Corp Com | A | Dividend | J | T | | | | | |
| 43. Emerson Elec Co | A | Dividend | K | T | Buy | 08/12/20 | J | | |
| 44. Emerson Elec Co | | None | | | Buy<br>(add'l) | 08/13/20 | J | | |
| 45. Exxon Mobil Corp | A | Dividend | | | Sold<br>(part) | 03/20/20 | J | | |
| 46. Exxon Mobil Corp | | None | | | Sold | 03/23/20 | J | | |
| 47. Federated Hermes Inc | B | Dividend | K | T | Buy<br>(add'l) | 05/15/20 | J | | |
| 48. Fedex Corp | A | Dividend | K | T | Buy<br>(add'l) | 01/24/20 | J | | |
| 49. Fedex Corp | | None | | | Sold<br>(part) | 12/11/20 | J | B | |
| 50. First Horizon Natl Corp Com | A | Dividend | J | T | | | | | |
| 51. General Dynamics Corp 3.875% Due<br>7-15-21 | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Genuine Parts Co Com | A | Dividend | K | T | Buy | 04/13/20 | J | | |
| 53. Genuine Parts Co Com | | None | | | Buy (add'l) | 12/11/20 | J | | |
| 54. Hasbro Inc | A | Dividend | J | T | Buy | 04/17/20 | J | | |
| 55. Hasbro Inc | | None | | | Buy (add'l) | 04/21/20 | J | | |
| 56. Henkel AG & Co KGAA Sponsored ADR | A | Dividend | K | T | Buy (add'l) | 01/24/20 | J | | |
| 57. Henkel AG & Co KGAA Sponsored ADR | | None | | | Buy (add'l) | 01/27/20 | J | | |
| 58. IBM | B | Dividend | K | T | | | | | |
| 59. Intel Corp | A | Dividend | K | T | | | | | |
| 60. iShares 1-3 Year Treasury Bond ETF | A | Dividend | K | T | Buy | 03/20/20 | J | | |
| 61. iShares 1-3 Year Treasury Bond ETF | | None | | | Buy (add'l) | 03/23/20 | K | | |
| 62. iShares MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 63. iShares MSCI EAFE Growth ETF | B | Dividend | M | T | | | | | |
| 64. iShares Tr Barclays 7-10 Yr Treas Bd Fd | A | Dividend | | | Sold | 03/20/20 | K | B | |
| 65. iShares US Utilities ETF | A | Dividend | K | T | Buy | 03/20/20 | J | | |
| 66. iShares US Utilities ETF | | None | | | Buy (add'l) | 03/23/20 | J | | |
| 67. Jackson Cnty MO Cons Sch Dist #2 Raytown Ref MO Dir Dep Program 4.000% | B | Int./Div. | K | T | | | | | |
| 68. Jacobs Engineering Group Inc | A | Dividend | J | T | Sold (part) | 03/10/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 70. JPMorgan Chase & Co | B | Dividend | L | T | | | | | |
| 71. KeyCorp New Com | A | Dividend | | | Sold (part) | 03/20/20 | J | | |
| 72. KeyCorp New Com | | None | | | Sold | 03/23/20 | J | | |
| 73. KLA Corp | A | Dividend | K | T | Sold (part) | 01/27/20 | J | A | |
| 74. KLA Corp | | None | | | Sold (part) | 08/12/20 | J | A | |
| 75. KLA Corp | | None | | | Sold (part) | 12/11/20 | J | A | |
| 76. KLA Corp | | None | | | Sold (part) | 12/14/20 | J | D | |
| 77. Kohls Corp Com | | None | | | Sold | 03/10/20 | J | | |
| 78. Laboratory Corp Amer Hldgs | | None | J | T | Sold (part) | 08/12/20 | J | A | |
| 79. Medtronic PLC | A | Dividend | K | T | | | | | |
| 80. Merck & Co Inc | A | Dividend | K | T | | | | | |
| 81. Microsoft Corp | A | Dividend | K | T | Sold (part) | 08/12/20 | J | A | |
| 82. Molson Coors Beverage Co | A | Dividend | K | T | Sold (part) | 08/13/20 | J | | |
| 83. Molson Coors Beverage Co | | None | | | Buy (add'l) | 12/11/20 | J | | |
| 84. Molson Coors Beverage Co | | None | | | Buy (add'l) | 12/14/20 | J | | |
| 85. Monsanto | A | Int./Div. | | | Sold | 03/26/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Munich Re Group ADR | A | Dividend | K | T | Sold<br>(part) | 01/27/20 | J | B | |
| 87. NBC Universal Media LLC | A | Int./Div. | | | Sold | 09/10/20 | K | B | |
| 88. NCR Corp New Com | | None | J | T | | | | | |
| 89. Nextera Energy Inc | A | Dividend | J | T | Sold<br>(part) | 03/20/20 | J | B | |
| 90. Nextera Energy Inc | | None | | | Sold<br>(part) | 08/12/20 | J | A | |
| 91. Norfolk Southn Corp Com | A | Dividend | K | T | Buy | 08/12/20 | J | | |
| 92. Norfolk Southn Corp Com | | None | | | Buy<br>(add'l) | 08/13/20 | J | | |
| 93. Novartis AG Sponsored ADR | A | Dividend | J | T | | | | | |
| 94. Nucor Corp 4.000% Due 08-01-23 | B | Int./Div. | L | T | | | | | |
| 95. Omnicom Group | A | Dividend | K | T | Sold<br>(part) | 08/13/20 | J | | |
| 96. Omnicom Group | | None | | | Buy<br>(add'l) | 12/14/20 | J | | |
| 97. Oracle Corp 2.950% Due 11-15-24 | A | Int./Div. | K | T | | | | | |
| 98. Otis Worldwide Corp | A | Dividend | J | T | Spinoff<br>(from line 110) | 04/03/20 | J | | |
| 99. Otis Worldwide Corp | | None | | | Sold<br>(part) | 05/12/20 | J | | |
| 100. Otis Worldwide Corp | | None | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 101. Paychex Inc Com | A | Dividend | | | Sold | 03/23/20 | J | | |
| 102. Pfizer Inc | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Pfizer Inc 2.200% Due 12-15-21 | B | Int./Div. | L | T | | | | | |
| 104.  Phillips 66 | A | Dividend | J | T | Buy<br>(add'l) | 03/23/20 | J | | |
| 105.  PPL Corp Com | A | Dividend | | | Sold | 03/23/20 | J | | |
| 106.  Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 107.  Prudential Financial Inc | B | Dividend | K | T | | | | | |
| 108.  Qualcomm Inc 3.000% Due 05-20-22 | A | Int./Div. | K | T | | | | | |
| 109.  Quest Diagnostics Inc | A | Dividend | K | T | | | | | |
| 110.  Raytheon Com New | A | Dividend | | | Sold<br>(part) | 01/27/20 | J | A | |
| 111.  Raytheon Com New | | None | | | Closed | 04/03/20 | J | | |
| 112.  Raytheon Technologies Corp | A | Dividend | K | T | Spinoff<br>(from line 110) | 04/03/20 | K | | |
| 113.  Raytheon Technologies Corp | | None | | | Sold<br>(part) | 05/11/20 | J | | |
| 114.  Regions Finl Corp New Com | A | Dividend | | | Sold<br>(part) | 03/20/20 | J | | |
| 115.  Regions Finl Corp New Com | | None | | | Sold | 03/23/20 | J | | |
| 116.  Riverpark Strategic Income Institutional | B | Dividend | K | T | | | | | |
| 117.  Royal Bk Cda Montreal Que ADR | B | Dividend | K | T | | | | | |
| 118.  Royal Dutch Shell PLC ADR | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 119.  Royal Dutch Shell PLC ADR B | A | Dividend | J | T | Buy | 03/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.   Schlumberger LTD | A | Dividend | | | Sold | 03/10/20 | J | | |
| 121.   Sonoco Prods Co Com | A | Dividend | K | T | Buy | 03/20/20 | J | | |
| 122.   Sonoco Prods Co Com | | None | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 123.   SPDR S&P MidCap 400 ETF Tr Unit Ser 1<br>Stan | A | Dividend | L | T | | | | | |
| 124.   SPDR S&P Regional Banking ETF | A | Dividend | | | Buy | 03/20/20 | J | | |
| 125.   SPDR S&P Regional Banking ETF | | None | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 126.   SPDR S&P Regional Banking ETF | | None | | | Sold | 05/15/20 | K | A | |
| 127.   St Charles MO Neighborhood Impt Dist<br>2.500% Due 03-01-23 | A | Int./Div. | K | T | | | | | |
| 128.   Store Capital Corp | A | Dividend | | | Sold<br>(part) | 03/20/20 | J | | |
| 129.   Store Capital Corp | | None | | | Sold | 03/23/20 | J | | |
| 130.   Target Corp | A | Dividend | K | T | Sold<br>(part) | 05/15/20 | J | B | |
| 131.   Thermo Fisher Scientific Corp | A | Dividend | J | T | Sold<br>(part) | 01/24/20 | J | B | |
| 132.   Thermo Fisher Scientific Corp | | None | | | Sold<br>(part) | 08/12/20 | J | B | |
| 133.   Thornburg International Value I | A | Dividend | K | T | | | | | |
| 134.   Total SA ADR | A | Dividend | | | Sold | 03/23/20 | J | | |
| 135.   Tweedy Browne Global Value | A | Dividend | K | T | | | | | |
| 136.   Undiscovered Mgrs Behavioral Value Inst | A | Dividend | K | T | Buy<br>(add'l) | 05/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Undiscovered Mgrs Behavioral Value Inst | | None | | | Sold<br>(part) | 08/13/20 | K | | |
| 138.  United Parcel Services Cl B | A | Dividend | K | T | | | | | |
| 139.  United Technologies Corp Com | A | Dividend | | | Closed | 04/03/20 | J | | |
| 140.  Viatris Inc | | None | J | T | Spinoff<br>(from line 102) | 11/17/20 | J | | |
| 141.  Viatris Inc | | None | | | Sold<br>(part) | 12/23/20 | J | A | |
| 142.  Vodafone Group PLC ADR | A | Dividend | J | T | | | | | |
| 143.  Walmart Inc | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | J | A | |
| 144.  Walmart Inc | | None | | | Sold<br>(part) | 04/13/20 | J | B | |
| 145.  Walt Disney Co | A | Dividend | K | T | | | | | |
| 146.  Wells Fargo & Co | A | Dividend | J | T | | | | | |
| 147.  Wells Fargo Short-Term Hi Yld Bd Inst | C | Dividend | L | T | Buy<br>(add'l) | 11/24/20 | J | | |
| 148.  Wentzville MO Sch Dist #R-4 Ref MO<br>Direct Dep Program 4.000% Due 03-01 | B | Int./Div. | K | T | | | | | |
| 149.  Zurich Insurance Group AG ADR | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fenner, Gary A. | 05/27/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary A. Fenner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544